```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  Federal Building Suite 4401
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5

 6

 7

 8            IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )   1:07-cr-00269-AWI
                                  )
12             Plaintiff,         )   STIPULATION TO CONTINUE STATUS
                                  )   CONFERENCE AND ORDER
13       v.                       )
                                  )
14                                )
    SERGIO SANTACRUZ,             )   Date: November 21, 2011
15                                )   Time: 9:00 A.M.
             Defendant.           )   Courtroom Two
16  _____)   Honorable Anthony W. Ishii

17
```

18      IT IS HEREBY STIPULATED by and between the parties through
19 their respective counsel, that the current status conference set
20 for October 24, 2011, at 9:00 a.m., be continued to November 21,
21 2011, at 9:00 a.m. before the Honorable Anthony W. Ishii, United
22 States District Court Judge.

23      The parties further stipulate and agree that the time between
24 October 24, 2011, and  November 21, 2011 be excluded from the
25 calculation of time under the Speedy Trial Act.  The parties
26 stipulate that the ends of justice are served by the Court
27 excluding such time, so that counsel for the defendant may have
28 time necessary for effective preparation, taking into account the

exercise of due diligence.  18 U.S.C. §§ 3161(h)(7)(B)(iv).
Specifically, the parties additional need time to review the
discovery so offers can be formulated and evaluated.  The parties
stipulate and agree that the ends of justice served by granting
this continuance outweigh the best interests of the public and the
defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A).

DATED: October 20, 2011          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By /s/Laurel J. Montoya
                                 LAUREL J. MONTOYA
                                 Assistant U.S. Attorney


DATED: October 20, 2011          /S/ Richard Beshwate, Jr.
                                 RICHARD BESHWATE, JR.
                                 Attorney for Defendant
                                 Sergio Santacruz


**ORDER**

   IT IS HEREBY ORDERED, that the Status Conference hearing of
October 24, 2011 at 9:00 a.m. be continued to November 21, 2011
at 9:00 a.m.  Time shall be excluded to and through that date.
For the reasons set forth above, the continuance requested is
granted for good cause and the Court finds the ends of justice
outweigh the interests of the public and the defendant in a speedy
trial.

IT IS SO ORDERED.

Dated:     October 20, 2011         _____
                                 CHIEF UNITED STATES DISTRICT JUDGE